| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

JAMES ALBRIGHT, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:22-CV-416
§
JEFFERSON COUNTY JAIL, §
§
    Defendant. §

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff James Albright, proceeding *pro se*, filed the above-styled civil rights lawsuit against the Jefferson County Jail. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed for failure to state a claim upon which relief may be granted. To date, the parties have not filed objections.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the Report and Recommendation of United States Magistrate Judge (#27) is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 29th day of May, 2024.

                                                          MARCIA A. CRONE
                                        UNITED STATES DISTRICT JUDGE